United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

    Plaintiff,

    v.

IVY LO, et al.,

    Defendants.
_____/

No. C-10-04428-DMR

**ORDER TO SHOW CAUSE**

Pursuant to General Order 56 and the scheduling order in this case, November 29, 2010 was the last day for Plaintiff to complete service of the complaint and summons on Defendants or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. *See* Docket No. 3. On January 3, 2011, Plaintiff filed a Status Report in which he indicated that service had not yet been completed. *See* Docket No. 5.

IT IS HEREBY ORDERED that by no later than **January 13, 2011**, Plaintiff shall file a letter with the Court explaining why this matter should not be dismissed for failure to comply with the November 29, 2010 deadline to complete service on Defendants or file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: January 6, 2011

_____
DONNA M. RYU
United States Magistrate Judge