**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH

        Plaintiff,

    v.

IVY LO, ET AL.,

        Defendants.

_____/

No. C-10-04428-DMR

**ORDER SETTING STATUS
CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R.16-10, that a Status Conference shall be held in this case before the Honorable Donna M. Ryu on **May 18, 2011, at 1:30 p.m.,** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California.

    No later than May 11, 2011, the parties shall file a Joint Status Conference Statement in conformance with Judge Ryu's Standing Order.

    Plaintiff shall serve copies of this Order on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.  Following service, Plaintiff shall file a certificate of service with the Clerk of Court.

    Each attorney of record in all "E-Filing" cases is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF.  Registration shall be on a form prescribed by the Clerk.  Attorneys of record who fail to register timely shall be subject to such sanctions as may be imposed by the Court.

1    IT IS SO ORDERED.

2

3    _____

4    DONNA M. RYU
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California